PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 3 o'clock and 25 min. P M
SUE BEITIA, CLERK

**United States District Court**

**for the**

**DISTRICT OF HAWAII**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: HERBERT KEALOHA Case Number: CR 02-00179HG-03

Name of Sentencing Judicial Officer: The Honorable Helen Gillmor
Chief U.S. District Judge

Date of Original Sentence: 2/19/2004

Original Offense: Conspiracy to Manufacture in Excess of 50 Grams of Methamphetamine and Distribute the Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), a Class A felony

Original Sentence: Thirty-seven (37) months imprisonment and five (5) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 3) that the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release Date Supervision to Commence: 12/1/2006

**PETITIONING THE COURT**

[X] To modify the conditions of supervision as follows:

4. That the defendant shall submit to his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of the conditions of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

5. The defendant shall report all vehicles owned or operated, or in which he may have an interest, to the probation officer.

## CAUSE

The subject is currently incarcerated. During the prerelease planning process, he requested to relocate to his mother's residence located in El Cajon, California. The subject plans to reside with his wife and his mother at this residence. The Probation Office in the Southern District of California (SD/CA) has denied the subject's request for relocation. However, they will reconsider the subject's request after the above conditions are ordered. Our office recommends that the Court modify the conditions so that the subject may relocate to California to join his family.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 3/7/2006

Prob 12B
(7/93)



THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] Other

Helen Gillmor
Chief U.S. District Judge

3.9.06
Date

Received Fax : MAR 01 2006 8:09AM Fax Station : HP LASERJET 3200 p. 2

03/01/2006 08:16 FAX 002/002

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ] To modify the conditions of supervision as follows:

4 *That the defendant shall submit his person, residence, place of employment or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.*

5. *The defendant shall report all vehicles owned or operated, or in which he may have an interest, to the probation officer.*

Witness: [signature]
CARRIE CERVANTES
Case Manager-FDC Honolulu

Signed: [signature]
HERBERT KEALOHA
Supervised Releasee

3/2/06
Date